# United States District Court
# For The Western District of North Carolina
# Statesville Division

CALVIN A. TAUSS,

        Plaintiff(s),

vs.

BANK OF AMERICA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV15

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2009, Order.

Signed: March 9, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court